UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MARGURITE MARY COFELL, | Civil No. 22-2895 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Margurite Mary Cofell, Reg. No. 21977-041, FCI Waseca, PO Box 1731, Waseca, MN 56093, for plaintiff.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for defendant.

Magistrate Judge Dulce J. Foster filed Report and Recommendations on January 30, 2023 and January 31, 2023. No objections have been filed to the Report and Recommendations in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (ECF Nos. [4], [5]) are **ADOPTED**;
2. Plaintiff's Petition for a Writ of Habeas Corpus (ECF No. [1]) is **DENIED**.
3. Plaintiff's Application to Proceed In Forma Pauperis (ECF No. [2]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2023
at Minneapolis, Minnesota.

                                                  JOHN R. TUNHEIM
                                          United States District Judge